IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BNP PARIBAS, | Civil Action |
| Plaintiff, | |
| -against- | No. 2:12-CV-04535-LS |
| CHURCHILL DEVELOPMENT GROUP LLC and JOSEPH F. LOGUE, JR., | |
| Defendants. | |

**REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS CHURCHILL DEVELOPMENT GROUP LLC AND JOSEPH F. LOGUE, JR.**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff BNP Paribas, by and through its undersigned counsel, K&L Gates LLP, hereby requests that the Clerk enter default against Defendants Churchill Development Group LLC and Joseph F. Logue, Jr. ("Defendants"). In support of this request, Plaintiff incorporates the Declaration of Andrew L. Swope, attached hereto as Exhibit 1, and states as follows:

1. BNP Paribas moves for the entry of default against Defendants for their failure to answer or otherwise respond to the Complaint filed on August 9, 2012. A copy of the docket in the above-captioned matter is attached hereto as Exhibit 2.

2. Plaintiff commenced this action on August 9, 2012, by filing the Complaint against Defendants.

3. On August 23, 2012, both Defendants were properly served with a copy of the Summons and Complaint by means of personal service on Defendant Joseph F. Logue, Jr., who is President of Defendant Churchill Development Group LLC. Copies of the Summonses and returns of service are attached hereto as Exhibit 3.

HA-274557 v1

4. The time for Defendants to file an answer to the Complaint has expired because Defendants were required to respond on or before September 13, 2012, "within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a)(1)(A)(i).

5. To date, Defendants have not served an answer or any other responsive pleading to the Complaint and have never requested an extension of time to respond to the Complaint from either Plaintiff or the Court.

6. Rule 55(a) of the Federal Rules of Civil Procedure provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

7. Plaintiff is entitled to the entry of default against Defendants.

WHEREFORE, Plaintiff BNP Paribas respectfully requests that, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk enter a default on Plaintiff's Complaint against Defendants Churchill Development Group LLC and Joseph F. Logue, Jr.

Dated: September 28, 2012

Respectfully submitted,

By: _____
Andrew L. Swope
PA ID No. 55817
K&L GATES LLP
17 North Second Street, 18th Floor
Harrisburg, Pennsylvania 17101-1507
(717) 231-4500
Andrew.swope@klgates.com

*Attorneys for Plaintiff BNP Paribas*

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BNP PARIBAS,<br><br>          Plaintiff,<br><br>    -against-<br><br>CHURCHILL DEVELOPMENT GROUP LLC<br>and JOSEPH F. LOGUE, JR.,<br><br>          Defendants. | Civil Action<br><br>No. 2:12-CV-04535-LS |

**DECLARATION OF ANDREW L. SWOPE IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS CHURCHILL DEVELOPMENT GROUP LLC AND JOSEPH F. LOGUE, JR.**

I, Andrew L. Swope, hereby declare as follows:

1. I am over eighteen years of age, have personal knowledge of the matters set forth herein, and am competent to testify thereto.

2. I am an attorney with the law firm of K&L Gates LLP, am a member in good standing of the bar of the Commonwealth of Pennsylvania and represent Plaintiff BNP Paribas in the above-captioned matter.

3. Plaintiff filed the Complaint with this Court on August 9, 2012.

4. A copy of the Summons and Complaint was properly served on Defendants on August 23, 2012.

5. To date, Defendants have not served an answer or any other responsive pleading to the Complaint and have never requested an extension of time to respond to the Complaint.

6. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants were required to serve an answer or otherwise plead to the Complaint on or before September 13, 2012.

HA-274557 v1

7.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed September 28, 2012, in Harrisburg, Pennsylvania.

_____
Andrew L. Swope

# Exhibit 2

STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:12-cv-04535-LS

BNP PARIBAS v. CHURCHILL DEVELOPMENT GROUP LLC et al
Assigned to: HONORABLE LAWRENCE F. STENGEL
Cause: 28:1332 Diversity-Other Contract

Date Filed: 08/09/2012
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**BNP PARIBAS**     represented by **ANDREW L. SWOPE**
K &L GATES LLP
17 NORTH SECOND ST., 18TH FL
HARRISBURG, PA 17101-1507
717-231-4500
Fax: 717-231-4501
Email: andrew.swope@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CHURCHILL DEVELOPMENT GROUP LLC**

**Defendant**

**JOSEPH F. LOGUE, JR.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2012 | 1 | COMPLAINT against CHURCHILL DEVELOPMENT GROUP LLC, JOSEPH F. LOGUE, JR ( Filing fee $ 350 receipt number 067493.), filed by BNP PARIBAS. (Attachments: #1 Case Management Track Form, #2 Civil Cover Sheet, #3 Designation Form)(jwl, ) (Main Document 1 replaced on 8/10/2012) (jwl, ). (Entered: 08/10/2012) |
| 08/09/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by BNP PARIBAS.(jwl, ) (Entered: 08/10/2012) |
| 08/09/2012 |   | Summons Issued as to CHURCHILL DEVELOPMENT GROUP LLC, JOSEPH F. LOGUE, JR. Two Forwarded To: Counsel on 8/10/12 (jwl, ) (Entered: 08/10/2012) |
| 08/29/2012 | 3 | SUMMONS Returned Executed by BNP PARIBAS re: Nuno Veiga served Summons and Complaint upon CHURCHILL DEVELOPMENT GROUP LLC by personally serving Joseph F. Logue, Jr., President of Churchill Development Group LLC. CHURCHILL DEVELOPMENT GROUP LLC served on 8/23/2012, answer due 9/13/2012. (SWOPE, ANDREW) (Entered: 08/29/2012) |
| 08/29/2012 | 4 | SUMMONS Returned Executed by BNP PARIBAS re: Nuno Veiga served Summons and Complaint upon JOSEPH F. LOGUE, JR by personally serving Joseph F. Logue, Jr.. JOSEPH F. LOGUE, JR served on 8/23/2012, answer due 9/13/2012. (SWOPE, ANDREW) (Entered: 08/29/2012) |

# Exhibit 3

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| BNP PARIBAS<br><br>*Plaintiff*<br><br>v.<br><br>CHURCHILL DEVELOPMENT GROUP LLC and<br>JOSEPH F. LOGUE, JR.,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 12-4535<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHURCHILL DEVELOPMENT GROUP LLC
200 SOMERSET CORPORATE BOULEVARD
SUITE 1003
BRIDGEWATER, NEW JERSEY 08807

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew L. Swope, Esq.
K&L Gates LLP
17 N. 2nd Street, 18th Floor
Harrisburg, PA 17101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael E. Kunz
Clerk of Court

Date: 8/9/12

*Signature of Clerk or Deputy Clerk*

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, NOTICE TO CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE, CASE MANAGMENT TRACK DESIGNATION FROM, EXHIBITS**
EFFECTED (1) BY ME: **NUNO VEIGA**
TITLE: **PROCESS SERVER**   DATE: **08/23/2012 08:53PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

CHURCHILL DEVELOPMENT GROUP LLC

Place where served:

32 OLDE TOWN CT BERNARDSVILLE NJ

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOSEPH F. LOGUE, JR.

Relationship to defendant: PRESIDENT

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8 / 24 / 2012   _____ L.S.

SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: ANDREW L. SWOPE, ESQ.
PLAINTIFF: BNP PARIBAS
DEFENDANT: CHURCHILL DEVELOPMENT GROUP LLC, ET AL
VENUE: DISTRICT
DOCKET: 12 CV 04535 LS

JB

EDDIE ACOSTA, JR.
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 15, 2015

Aug 24, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| BNP PARIBAS <br> *Plaintiff* <br> v. <br> CHURCHILL DEVELOPMENT GROUP LLC and <br> JOSEPH F. LOGUE, JR., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 12-4535 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOSEPH F. LOGUE, JR.
32 OLDE TOWN COURT
BERNARDSVILLE, NEW JERSEY 07924

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew L. Swope, Esq.
K&L Gates LLP
17 N. 2nd Street, 18th Floor
Harrisburg, PA 17101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael E. Kunz
Clerk of Court

Date: 8/9/12

*Signature of Clerk or Deputy Clerk*

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: SUMMONS AND COMPLAINT, CIVIL COVER SHEET, NOTICE TO CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE, CASE MANAGMENT TRACK DESIGNATION FROM, EXHIBITS
EFFECTED (1) BY ME: NUNO VEIGA
TITLE: PROCESS SERVER                    DATE: 08/23/2012 08:50PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

JOSEPH F. LOGUE, JR.

Place where served:

32 OLDE TOWN COURT  BERNARDSVILLE NJ 07924

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOSEPH F. LOGUE, JR.

Relationship to defendant: SELF

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/24/2012                                            _____ L.S.
                                              SIGNATURE OF NUNO VEIGA
                                              GUARANTEED SUBPOENA SERVICE, INC.
                                              2009 MORRIS AVENUE
                                              UNION, NJ 07083

ATTORNEY: ANDREW L. SWOPE, ESQ.
PLAINTIFF: BNP PARIBAS
DEFENDANT: CHURCHILL DEVELOPMENT GROUP LLC, ET AL
VENUE: DISTRICT
DOCKET: 12 CV 04535 LS

JB

EDDIE ACOSTA, JR.
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 15, 2015

Aug 24, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

The undersigned certifies that, on September 28, 2012, a true and correct copy of the foregoing Request for Default was served via First Class Mail upon the following:

Churchill Development Group LLC
200 Somerset Corporate Boulevard, Suite 1003
Bridgewater, NJ  08807

Joseph F. Logue, Jr.
32 Olde Town Court
Bernardsville, NJ  07924


_____
Andrew L. Swope
PA ID No. 55817
K&L GATES LLP
17 North Second Street, 18th Floor
Harrisburg, Pennsylvania 17101-1507
(717) 231-4500
Andrew.swope@klgates.com

*Attorneys for Plaintiff BNP Paribas*

HA-274557 v1